## 49748. JOHNSON v. ROUND TABLE RESTAURANT.

QUILLIAN, Judge.

In this case where there was no dispute regarding the amount of rent owed (compare *Shepherd v. First Federal Savings &c. Assn.*, 232 Ga. 846 (209 SE2d 184)), and where the only relief sought is possession of the real estate by the plaintiff, appeal to the appellate division of the Civil Court of Fulton County is a prerequisite to an appeal to this court. See *Daniel v. Federal National Mortgage*, 231 Ga. 385 (202 SE2d 388).

*Appeal dismissed. Bell, C. J., and Clark, J., concur.*

ARGUED OCTOBER 7, 1974 — DECIDED JANUARY 17, 1975.

*Arthur P. Tranakos,* for appellant.
*Fine & Block, William Hollberg,* for appellee.